**UNITED STATES of America, Plaintiff–Appellee,**

**v.**

**James Frank BERRY, a.k.a. James Berry, a.k.a. Jim Berry, a.k.a. Jim F. Berry, a.k.a. Jim Frank Berry, a.k.a. Thomas Joseph Moran, a.k.a. Alexander Randall, Defendant–Appellant.**

**Nos. 12–50380, 13–50403.**

United States Court of Appeals, Ninth Circuit.

Submitted July 22, 2014.\*

Filed July 28, 2014.

Jean–Claude Andre, Assistant U.S., Office of the U.S. Attorney, Los Angeles, CA, Ann Luotto Wolf, Esquire, Assistant U.S., Office of the U.S. Attorney, Santa Ana, CA, for Plaintiff–Appellee.

Phillip A. Trevino, Esquire, Law Offices of Phillip A. Trevino, Los Angeles, CA, for Defendant–Appellant.

Before: GOODWIN, CANBY, and CALLAHAN, Circuit Judges.

MEMORANDUM \*\*

In these consolidated appeals, James Frank Berry appeals from the district court's 2012 judgment revoking supervised release and imposing an 11–month sentence, and the 2013 judgment revoking supervised release and imposing an 18–

\*\* This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.

month sentence. Pursuant to *Anders v. California,* 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967), Berry's counsel has filed a brief stating that there are no grounds for relief, along with a motion to withdraw as counsel of record. We have provided Berry the opportunity to file a pro se supplemental brief. No pro se supplemental brief or answering brief has been filed.

Our independent review of the record pursuant to *Penson v. Ohio,* 488 U.S. 75, 80, 109 S.Ct. 346, 102 L.Ed.2d 300 (1988), discloses no arguable grounds for relief on direct appeal.

Counsel's motion to withdraw is **GRANTED.**

**AFFIRMED.**

---

* This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.